UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES MICHAEL GREGG
A.K.A. JACK POIZON,

        Plaintiff,

    v.

WESTERN STATE HOSPITAL *et al.*,

        Defendants.

Case No. C07-5531RBL

ORDER ADOPTING REPORT
AND RECOMMENDATION

    The Court, having reviewed Plaintiffs' application to proceed and complaint, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    This action is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. 1915 (e)(2)(B)(i).

(3)    The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 2nd day of November, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order- 1