# United States District Court

## WESTERN DISTRICT OF WASHINGTON

CHARLES MICHAEL GREGG
a/k/a JACK POIZON

JUDGMENT IN A CIVIL CASE

v.

WESTERN STATE HOSPITAL

CASE NUMBER: C07-5531RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. 1915(e)(2)(B)(i).


___November 5, 2007___
Date

___BRUCE RIFKIN___
Clerk


 s/Caroline M. Gonzalez
Deputy Clerk